UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. __20mj2124-Reid__

UNITED STATES OF AMERICA

vs.

TERRENCE ROBERSON,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MARTY FULGUEIRA ELFENBEIN
Assistant United States Attorney
Florida Bar No. 0020891
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9112
Marta.Elfenbein@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>TERRENCE ROBERSON,<br><br>Defendant(s) | Case No. 20mj 2124- Reid |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 24, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Rosniel Perez, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __01/25/2020__

Lisette M. Reid
_Judge's signature_

City and state: __Miami, Florida__

LISETTE M. REID, U.S. MAGISTRATE JUDGE
_Printed name and title_

## **AFFIDAVIT**

I, Rosniel Perez, first being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been employed with ATF since 2010. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent with ATF, I am responsible for the investigation of federal law violations, including, but not limited to, violations of Title 18, United States Code, Section 1951.

2. This Affidavit is submitted for the limited purpose of establishing probable cause that Terrence ROBERSON ("ROBERSON") did knowingly and unlawfully interfere with commerce by threats or violence through robbery, in violation of Title 18, United States Code, Section 1951(a).

3. The information in this Affidavit is based upon my personal knowledge, as well as information learned from other law enforcement agents, investigators, and witnesses. Because this Affidavit is provided for the limited purpose of establishing probable cause to support an arrest, I have not included all facts pertaining to this investigation, but rather set forth only those facts that I believe are necessary to establish probable cause. The information in this Affidavit is based upon my personal knowledge as well as information I have obtained from other law enforcement agents and officers or other individuals who have personal knowledge of the facts herein.

4. On or about January 24, 2020, a robbery occurred in the parking lot of La Espanola Supermarket located at 2500 N.W. 103rd Street in Miami, Florida (the "business"). The victim of the robbery was a truck driver employed with Hammad Wholesale Distributors, a tobacco wholesaler, distributor, and exporter. The victim arrived at the business to deliver merchandise, and shortly thereafter, two black males approached him. One of the subjects had his hand in his jacket pocket as if he were holding a gun and said "don't move, don't do anything." The victim,

1

in fear for his life, ran away from his truck to seek refuge inside the business. The two subjects thereafter stole three boxes of tobacco products from the Hammad Wholesale Distributors delivery truck that were intended for delivery to the business. Both Hammad Wholesale Distributors and La Espanola Supermarket buy and sell products that travel in interstate commerce. The stolen tobacco products included Dutch Masters cigars and Black and Mild cigars, both of which were manufactured outside the state of Florida. The two subjects then fled the scene in a new model silver Mazda Sports Utility Vehicle (the "vehicle").

5. The business' surveillance equipment captured the events that occurred prior to and during the robbery. Prior to the robbery, video footage from inside the business reveals that one of subjects, later identified as ROBERSON, entered the business while wearing a black hooded sweater with a white T-shirt underneath. Other surveillance footage from the business reveals that ROBERSON was also wearing black pants and black sneakers. The surveillance footage reveals that ROBERSON thereafter entered the driver-side of the vehicle, which was parked in front of the business. ROBERSON remained in the vehicle until the victim arrived in his delivery truck. Surveillance footage then shows ROBERSON exit the vehicle with the other subject, approach the truck, and then flee the scene in the vehicle.

6. Law enforcement was aware that, in early January 2020, ROBERSON had recently rented a silver Mazda SUV bearing Florida tag JBGK79 from Enterprise Rent-A-Car. This vehicle matched the description of the vehicle present at the scene.

7. Shortly after the robbery occurred, law enforcement set up surveillance at a store that ROBERSON is known to frequent. While at the surveillance location, law enforcement saw a vehicle arrive that matched the one observed at the scene and that matched the tag number of the vehicle that ROBERSON rented. ROBERSON exited the vehicle wearing the same clothing seen

2

in the business' surveillance footage at the time of the robbery. He then entered the business and departed shortly thereafter in the same vehicle.

8. Law enforcement followed ROBERSON for a few miles and observed ROBERSON drive erratically. Thereafter, law enforcement conducted a traffic stop at the intersection of N.W. 54th Street and 14th Avenue in Miami, Florida. At the scene, law enforcement called Enterprise Rent-A-Car and confirmed that ROBERSON was still in possession of the silver Mazda SUV. Law enforcement took ROBERSON into custody and read him his *Miranda* rights at the scene, which he acknowledged and waived.

9. Subsequently, law enforcement transported ROBERSON to the ATF office for an interview. Upon arrival, law enforcement again read ROBERSON his *Miranda* rights, which he acknowledged and waived. During the audio and video-recorded interview, ROBERSON admitted that he committed the robbery at the business earlier that day with the help of another individual. He further admitted that he used the vehicle that he rented from Enterprise Rent-A-Car to commit the robbery.

FURTHER AFFIANT SAYETH NAUGHT

ROSNIEL PEREZ, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Subscribed to and sworn before me
this 25th day of January, 2020.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE